IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                                    Case No.   11-00223-08/10/11/14-CR-W-ODS

ROBERT E. MORRIS (8)
JEFFREY A OLSON (10)
KAREN A. OLSON (11)
JENNIFER S. WILSON (14)
_____

AUSA: Daniel Nelson/Tom Larson
Defense Atty.: Robin Fowler (8)
John Gromowsky (10)
P.J. O'Connor (11)
Christine Blegen (14)

| JUDGE | **Sarah W. Hays**<br>United States Magistrate Judge | DATE AND TIME | **November 10, 2011**<br>11:25 - 11:35 AM |
|---|---|---|---|
| DEPUTY CLERK | Lori Carr | TAPE/REPORTER | FTR/lac |
| INTERPRETER | None | PRETRIAL/PROB: | None |

## CLERK'S MINUTES

### SCHEDULING CONFERENCE

( x )   Government counsel appear in person.
( x )   Defense counsel appear in person.
( x )   All defendants appear by telephone.

( x )   Oral motion by defendant Morris requesting trial to be reset to July 9, 2012.
( x )   Defense counsel gives further explanation as to why continuance of trial from the
         November 28, 2011 trial docket is necessary.
( x )   No objection by the defendants.
( x )   Government counsel prefers the April setting.

( x )   Discovery issues discussed.

( x )   Defendants request pretrial motions to be filed by April 1, 2012.
( x )   Government responses due within twenty-one days from the date the motion is filed.

( x )   Once the court has heard from all parties in this matter, discussions will be held with the
         District Judge.  Parties will then be notified of the new trial date and pretrial filing
         deadlines.